GRIFFITH *et al. v.* SELLERS.

GILBERT, J. 1. The court did not err in sustaining the demurrer to portions of the amended answer.

2. None of the special grounds of the motion for a new trial show error.

3. The verdict is supported by evidence.

*Judgment affirmed. All the Justices concur.*

No. 8445. OCTOBER 15, 1931. REHEARING DENIED NOVEMBER 14, 1931.

*G. D. Griffith* and *C. J. Taylor,* for plaintiffs in error.
*F. S. Harrell,* contra.